IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARLTON EMBRY,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-36-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner

Carlton Embry's motion pursuant to 28 U.S.C. § 2255.


_____          _____
    Peter Oppeneer, Clerk of Court                                    Date

3/29/11